**Order entered November 23, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

## No. 05-22-00650-CV

## TRISA CRUTCHER A/K/A TRISA ST. CLAIR, Appellant

## V.

## CITY OF FORT WORTH, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-16941**

## ORDER

Before the Court is appellee's November 21, 2022 opposed second motion for an extension of time to file its brief. We **GRANT** the motion and extend the time to **January 6, 2023**. We caution appellee that further extension requests will be disfavored.

/s/　ROBERT D. BURNS, III
　　　CHIEF JUSTICE